# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 16-cv-01661 (SRN/KMM) |
| Petitioner, | |
| v. | **ORDER** |
| Thomas Jensen, | |
| Respondent. | |

Erin M. Secord, Esq., Assistant United States Attorney, counsel for the government

Lisa M. Lopez, Esq., Assistant Federal Defender, counsel for Thomas Jensen

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated April 25, 2017 [Doc. No. 30]. Defense counsel has advised the Court that Mr. Jensen will not be filing objections to the Report and Recommendation [Doc. No. 31]. Based on the recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that the government's Petition [Doc. No. 1] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: May 3, 2017

                                           s/Susan Richard Nelson
                                           SUSAN RICHARD NELSON
                                           United States District Judge