# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 16-cv-1661 (SRN/KMM) |
| Petitioner, | |
| v. | **ORDER** |
| Thomas Jensen, | |
| Respondent. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated February 5, 2020. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. The government's Motion for Revocation of Conditional Release [Doc. No. 36] is **GRANTED**.

2. Mr. Jensen shall be remanded to the custody of the Attorney General for the purpose of being remanded to a suitable facility.

Dated: February 20, 2020

                                                 s/Susan Richard Nelson
                                                 SUSAN RICHARD NELSON
                                                 United States District Judge